# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF SAN DIEGO
### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

FILED
2007 NOV 13 AM 9: 34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'07 MC 0569

### CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

199737 029562

STATE FILE NUMBER — LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

**0403**

| | 1A. NAME OF CHILD — FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | | |
|---|---|---|---|---|---|
| THIS CHILD | ALEJANDRO | — | GONZALEZ | | |
| | 2. SEX | 3A. THIS BIRTH: SINGLE, TWIN, ETC | 3B. IF MULTIPLE, THIS CHILD 1ST/2ND ETC | 4A. DATE OF BIRTH MM/DD/CCYY | 4B. HOUR — (24 HOUR CLOCK TIME) |
| | MALE | SINGLE | — | 09/03/1997 | 0613 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY | | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION | | |
| | SHARP MEMORIAL HOSPITAL | | 7901 FROST ST. | | |
| | 5C. CITY | | 5D. COUNTY | 5E. PLANNED PLACE OF BIRTH | |
| | SAN DIEGO | | SAN DIEGO | HOSPITAL | |
| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST (GIVEN) | 6B. MIDDLE | 6C. LAST (FAMILY) | 7. STATE OF BIRTH | 8. DATE OF BIRTH |
| | ALEJANDRO | — | GONZALEZ | MEXICO | 11/24/1966 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST (GIVEN) | 9B. MIDDLE | 9C. LAST (MAIDEN) | 10. STATE OF BIRTH | 11. DATE OF BIRTH |
| | MARBELLA | — | MONDACA TOSTADO | MEXICO | 10/05/1968 |
| PARENT'S CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT — SIGNATURE *Marbella M T* | | 12B. RELATIONSHIP TO CHILD MOTHER | 12C. DATE SIGNED 09/12/1997 |
| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE *R T Vance, BRC* | | 13B. LICENSE NUMBER G65319 | 13C. DATE SIGNED 9/13/97 |
| | 13D. TYPED NAME, TITLE, AND MAILING ADDRESS OF ATTENDANT BRIAN ACORD, MD, 2001 FOURTH AVE, SAN DIEGO | | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT R THURMAN VANCE, BRC | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION 09/22/1997 | |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

November 6, 2007

Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk.





*002184334*